**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Susy FIGUEROA, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Sixto Figueroa, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Manuel Garcia, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Rolando Herrera, Defendant–Appellant.**

**No. 10–14731, 10–15036, 10–15045, 10–15046**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 15, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Daren Grove, Kathleen M. Salyer, Joseph B. Shumofsky, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Thomas John Butler, Thomas Butler, PA, Miami Beach, FL, Susy Figueroa, Coleman, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Thomas Butler, appointed counsel for Susy Figueroa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Figueroa's convictions and sentences are **AFFIRMED.**